**James W. WHITE, Plaintiff–Appellant,**

v.

**HITACHI, LTD., Hitachi Global Storage Technologies, Inc., and Hitachi Global Storage Technologies Netherlands B.V., Defendant–Appellees.**

No. 2010–1229.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2010.

Rehearing and Rehearing En Banc Denied Feb. 15, 2011.

Michael F. Heafey, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, CA, argued for plaintiff-appellant. With him on the brief were G. Hopkins Guy III, Eric L. Wesenberg and Jacob M. Heath.

Edward R. Reines, Weil, Gotshal & Manges, LLP, of Redwood Shores, CA, argued for defendants-appellees. With him on the brief was Jeffrey G. Homrig.

Of counsel on the brief was Andrew E. Monach, Morris & Foerster, LLP, of San Francisco, CA.

LINN, CLEVENGER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**